# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

---

May 29, 2024

**By ECF**
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: <u>United States v. Jaime Geovanny Castillo-Hugo</u>
    24-Cr-97 (KMK)

Dear Judge Karas:

I write to request that the Court grant a one-month adjournment of Mr. Castillo-Hugo's sentencing, and reset the submission deadlines accordingly. The government does not object to this request.

Mr. Castillo-Hugo is currently incarcerated at Westchester County Jail. On February 21, 2024, Mr. Castillo-Hugo pled guilty to one count of illegal reentry and one count of failure to register as a sex offender. The defense's sentencing submission is currently due on June 12, with the government's response due June 19. Sentencing is scheduled for June 26.

I am still awaiting materials that are necessary for Mr. Castillo-Hugo's mitigation submission, many of which need to be translated. I respectfully request a modest one-month adjournment to complete my mitigation investigation and obtain the materials needed to finalize Mr. Castillo-Hugo's mitigation submission. There have been no previous requests to adjourn sentencing.

I have conferred with the government, and the parties are available July 30-July 31 or August 6-August 8. We are happy to provide other dates if those are inconvenient for the Court.

Granted. Sentence is adjourned to
7/30/24, at 11:00

So Ordered
5/29/24

Sincerely,

Michael Arthus
Assistant Federal Defender
212-417-8760

cc. (by ECF): AUSA Benjamin Levander